

**NUMBER 13-19-00140-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RODOLFO A. ESCAMILLA,                                                    **Appellant,**

**v.**

SHELLY HOGAN ESCAMILLA,                                              **Appellee.**

**On appeal from the County Court
of Live Oak County, Texas**

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes
Per Curiam**

This cause is before the Court on the record and appellant's unopposed joint motion to abate the appeal and remand to the trial court for further consideration of all final orders therein subject of this appeal. According to the motion, the dissolution of the injunction/restraining order entered against appellant is the subject of the appeal and

upon entry of an agreement before the trial court, appellant will move for the appeal to be dismissed.

The Court, having examined and fully considered the documents on file and the unopposed joint motion to abate and remand, is of the opinion that the motion should be granted. Accordingly, we hereby GRANT the motion, ABATE the appeal and REMAND the cause to the trial court.

The Court directs appellants to file, on or before January 21, 2020, either (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
12th day of December, 2019.